IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PARCILLA G. SALLEY,

Plaintiff,

v. Case No. 3:20-cv-939

SCHOOL BOARD OF AMELIA COUNTY, VIRGINIA, JACK MCKINLEY AND DAVID SMITH,

Defendants.

# NOTICE OF REMOVAL

Defendants School Board of Amelia County, Virginia ("School Board") and Jack McKinley ("Dr. McKinley"), by counsel, collectively, ("Defendants"), pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action from the Circuit Court for the County of Amelia ("the Circuit Court") to the United States District Court for the Eastern District of Virginia, Richmond Division. In support of its Notice of Removal, Defendants state as follows:

## REQUIREMENTS OF 28 U.S.C. § 1446

1. Plaintiff filed a Complaint (attached as Ex. A) in the Circuit Court for Amelia County. Service was accomplished on the School Board on November 12, 2020. Service was purportedly accomplished on Dr. McKinley on November 17, 2020. On December 3, 2020, the School Board filed a Demurrer (attached as Ex. B) in the Circuit Court. On December 8, 2020, Dr. McKinley filed a Demurrer (attached as Ex. C) in the Circuit Court.

2. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is being filed within thirty (30) days after Defendants' receipt of the Complaint.

3. Defendant David Smith has not been served with the Complaint. All Defendants served to date consent to the removal of this action to this Court.

4. Further, and as discussed above, a copy of the Plaintiff's Complaint, and all other pleadings filed by the parties and in possession of Defendants have been attached hereto.

5. Defendants are providing written notice of this removal to Plaintiff simultaneously herewith, and will file a copy of this Notice of Removal with the Clerk for the Circuit Court.

**JURISDICTION UNDER 28 U.S.C. § 1331**

6. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a) because this Court has original jurisdiction over this civil action under 28 U.S.C. § 1331.

7. Federal question jurisdiction exists pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint asserts claims of discrimination and retaliation in violation of 42 U.S.C. § 1981 and 42 U.S.C. § 1983.

WHEREFORE, Defendants School Board of Amelia County, Virginia, and Jack McKinley, by counsel, request that this action be removed from the Circuit Court for the County of Amelia to this United States District Court.

**SCHOOL BOARD OF AMELIA COUNTY, VIRGINIA AND JACK MCKINLEY**

By Counsel

/s/______________________________

Jeremy D. Capps (VSB No. 43909)
Melissa Y. York (VSB No. 77493)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
myork@hccw.com

**CERTIFICATE**

I hereby certify that a true copy of the foregoing was sent via email and U.S. mail this 9th day of December, 2020 to:

Steven S. Biss, Esq. (VSB No. 32972)
300 West Main Street, Ste. 102
Charlottesville, VA 22903
804-501-8272 - Phone
202-318-4098 - Fax
stevenbiss@earthlink.net

/s/ ______________________________
Jeremy D. Capps